# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| AERO UNION CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD L. K. WOODLAND, S2 SYSTEMS, INC. and KORAL OCEANIC CORPORATION OF CANADA,<br><br>Defendant. | No. 2:09-cv-627-FCD-KJM<br><br><br><br>ORDER FOR DISMISSAL |

## **ORDER**

Based on stipulation of the parties, all claims in this litigation are dismissed with prejudice. The parties shall bear their own respective fees and costs.

**IT IS SO ORDERED.**

Dated: April 8, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE